# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ASHILI TAMIQUE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 15 C 8145 |
| ) | |
| SYBIL RICHARDSON, and, ) | |
| JASMINE RANKIN, ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM ORDER**

Pro se plaintiff Ashili Tamique ("Tamique") has encountered considerable difficulty in attempting to pursue her claims against defendants Sybil Richardson ("Richardson") and Jasmine Rankin ("Rankin") in this federal District Court as well as in the Illinois state court system -- both her initial Complaint in federal Case No. Case No. 15 C 6495 and then this Case No. 15 C 8145 have run into difficulties of various kinds. Those difficulties had been compounded by Tamique's lack of understanding of both (1) federal jurisdictional limitations and (2) the procedures employed in this District Court. And those problems have been further compounded by Tamique's mistaken view that any adverse procedural determinations made in her federally-filed actions have reflected adverse judicial views as to her substantive claims, when the actuality is that this Court has sought to assist her in at least teeing up those claims for potential consideration.[1]

Most recently Tamique simply failed even to appear for a previously-scheduled status hearing on May 13, 2016, despite having been notified of that May 13 setting by an April 18,

---

[1] This Court once again makes plain that it has never expressed _any_ view as to the viability or lack of viability of Tamique's substantive grievances against Richardson and Rankin.

2016 minute entry. Because of that unexplained failure to appear, another minute entry was made on May 13 resetting the next status hearing for May 25, with this conclusion being added to that rescheduling:

> If plaintiff fails to appear for the status hearing on 5/25/2016, her case will be dismissed for want of prosecution.

Nothing has been heard from Tamique since then, and she did in fact fail to appear for this morning's status hearing. Accordingly, as forecast in the May 13 minute entry, this action is indeed dismissed for want of prosecution, and her previously-filed Motion for Court Appointed Attorney (Dkt. No. 32) is denied as moot.

_____
Milton I. Shadur
Senior United States District Judge

Date: May 25, 2016