IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ASHILI TAMIQUE, )
)
          Plaintiff, )
)
    v. ) Case No. 15 C 8145
)
SYBIL RICHARDSON, and, )
JASMINE RANKIN, )
)
          Defendants. )

**MEMORANDUM ORDER**

Ashili Tamique ("Tamique") has filed a self-prepared motion to reinstate this pro se action, noticing her motion up for presentment on July 18. It is unnecessary to review the bidding as to Tamique's difficulties with her prior action (15 C 6495) or with this second effort to pursue her asserted claims in this federal court as well as the Circuit Court of Cook County, for the current motion is flatly contradicted by the court records in this case.

Tamique's purported predicate for filing her July 6 motion to reinstate this action fully six weeks after its dismissal for want of prosecution on May 25 is that she assertedly did not receive copies of the several court orders that ultimately led to the dismissal of the action. That contention is demonstratively false:

To begin with, Tamique's assertion that <u>this Court</u> failed to mail copies of court orders to her reflects a mistaken view of this Court's role in the process. It should be obvious that with the average calendar of cases assigned to each District Judge running well into the 300s, no judge can be expected to carry out such ministerial tasks personally -- and of course we do not.

More to the point, this Court has obtained from the Clerk's Office and attaches to this memorandum order copies of the "Notice of Electronic Filing" as to the three minute entries relevant to Tamique's current motion:

1. the April 18, 2016 minute entry [Dkt. No. 31] that set a status hearing for 9 a.m. May 13;

2. the May 13, 2016 minute entry [Dkt. No. 33] that, with Tamique having failed to appear on that date, set a next status date for May 25 and stated:

    If plaintiff fails to appear for the status hearing on 5/25/2016, the case will be dismissed for want of prosecution; and

3. the May 25, 2016 minute entry [Dkt. No. 34] that reflected Tamique's failure to appear at that continued status hearing and, as forecast by the May 13 minute entry if that were to occur, dismissed the action for want of prosecution.

And most significantly, each one of those three entries expressly shows that notice was <u>electronically</u> <u>mailed</u> to Tamique at the designated address that she herself had previously provided to the Clerk's Office for that purpose:

> tscsorority@gmail.com.

This Court has no way of knowing why Tamique's Motion To Reinstate describes herself as "devastated and traumatized" and attempts to disclaim her own delinquency by trying to place the blame at the doorstep of this Court or, more accurately, at the doorstep of the Clerk's Office personnel -- with the latter having done their jobs properly in notifying Tamique by the means that she herself had designated as to every step in the process. In her current Motion ¶ 7 Tamique states:

> Moreover, Plaintiff, since November 2015 and most recently during the entire months of March, April, May, and June was involuntarily engulfed in several overwhelming dire matters that demanded a tremendous amount of her time and scheduling - a long lingering housing matter that has been severely physically threatening to her SAFETY and well-being, and that has threatened to unjustly leave her **homeless**. And, two additional overwhelming matters against that same real-estate company that the housing matter is in, as well as other (separate) vital issues that have been equally severely taxing on her life, schedule, efforts, time, etc. And she's been facing all of this with no help (on her own), and with minimum funds.

But even if all of that is so (as this Court has no basis for questioning), that provides no justification for Tamique's advancing total untruths as a purported justification for her own repeated inattention to her responsibilities.

One final point is worth adding. This Court's August 7, 2015 memorandum opinion and order, issued in connection with Tamique's earlier lawsuit in Case No. 15 C 6495, had explained to her in some detail why her already filed and successfully pursued state court action against the same two defendants provided an appropriate -- and in many (if not most) respects a more effective -- venue for her pursuit of what were exclusively state law remedies. That same evaluation provided independent support for the dismissal of this action, which was without prejudice to Tamique's continued pursuit of whatever claims she had legitimately advanced in the state court system.

This Court will not however deny Tamique's current motion out of hand. Instead it will await Tamique's appearance at her self-scheduled July 18 presentment date, but at 9:15 a.m. (this Court's motion time) rather than 9 a.m.

_____
Milton I. Shadur
Date: July 8, 2016                    Senior United States District Judge

```
MIME-Version:1.0
From:usdc_ecf_ilnd@ilnd.uscourts.gov
To:ecfmail_ilnd@ilnddb.ilnd.circ7.dcn
Bcc:
--Case Participants: Ashili Tamique (tscsorority@gmail.com), Honorable Milton I.
Shadur (e-filing_shadur@ilnd.uscourts.gov, milton_shadur@ilnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<15904952@ilnd.uscourts.gov>
Subject:Activity in Case 1:15-cv-08145 Tamique v. Richardson et al set/reset hearings
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6,1

### Notice of Electronic Filing

The following transaction was entered on 4/18/2016 at 1:28 PM CDT and filed on 4/18/2016
**Case Name:**        Tamique v. Richardson et al
**Case Number:**      1:15-cv-08145
**Filer:**
**Document Number:** 31

**Docket Text:**
MINUTE entry before the Honorable Milton I. Shadur: Status hearing set for 5/13/2016 at 09:00 AM.Mailed notice(clw, )

**1:15-cv-08145 Notice has been electronically mailed to:**

Ashili Tamique    tscsorority@gmail.com

**1:15-cv-08145 Notice has been delivered by other means to:**

ATTACHMENT

```
MIME-Version:1.0
From:usdc_ecf_ilnd@ilnd.uscourts.gov
To:ecfmail_ilnd@ilnddb.ilnd.circ7.dcn
Bcc:
--Case Participants: Ashili Tamique (tscsorority@gmail.com), Honorable Milton I.
Shadur (e-filing_shadur@ilnd.uscourts.gov, milton_shadur@ilnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<16031203@ilnd.uscourts.gov>
Subject:Activity in Case 1:15-cv-08145 Tamique v. Richardson et al terminate
hearings
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

United States District Court

Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1

## Notice of Electronic Filing

The following transaction was entered on 5/16/2016 at 2:31 PM CDT and filed on 5/13/2016
**Case Name:** Tamique v. Richardson et al
**Case Number:** 1:15-cv-08145
**Filer:**
**Document Number:** 33

**Docket Text:**
MINUTE entry before the Honorable Milton I. Shadur:Plaintiff failed to appear for the status hearing on 5/13/2016. Status hearing set for 5/25/2016 at 09:15 AM. If plaintiff fails to appear for the status hearing on 5/25/2016, her case will be dismissed for want of prosecution.Mailed notice(clw, )

**1:15-cv-08145 Notice has been electronically mailed to:**

Ashili Tamique    tscsorority@gmail.com

**1:15-cv-08145 Notice has been delivered by other means to:**

```
MIME-Version:1.0
From:usdc_ecf_ilnd@ilnd.uscourts.gov
To:ecfmail_ilnd@ilnddb.ilnd.circ7.dcn
Bcc:
--Case Participants: Ashili Tamique (tscsorority@gmail.com), Honorable Milton I.
Shadur (e-filing_shadur@ilnd.uscourts.gov, milton_shadur@ilnd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<16074896@ilnd.uscourts.gov>
Subject:Activity in Case 1:15-cv-08145 Tamique v. Richardson et al order on motion
for attorney representation
Content-Type: text/html
```

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** There is no charge for viewing opinions.

## United States District Court

### Northern District of Illinois - CM/ECF LIVE, Ver 6.1.1

## Notice of Electronic Filing

The following transaction was entered on 5/25/2016 at 1:20 PM CDT and filed on 5/25/2016
**Case Name:** Tamique v. Richardson et al
**Case Number:** 1:15-cv-08145
**Filer:**
**WARNING: CASE CLOSED on 05/25/2016**
**Document Number:** 34

**Docket Text:**
MEMORANDUM Order: Plaintiff failed to appear for the status hearing on 5/25/2016. As forecast in the May 13, 2016 minute entry, this action is dismissed for want of prosecution, and plaintiff's previously-filed Motion for Court Appointed Attorney [32] is denied as moot. Signed by the Honorable Milton I. Shadur on 5/25/2016:Mailed notice (clw, )


**1:15-cv-08145 Notice has been electronically mailed to:**

Ashili Tamique     tscsorority@gmail.com

**1:15-cv-08145 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1040059490 [Date=5/25/2016] [FileNumber=16074894-0] [2e2d65c8aec0d57c8cbcb18ab8049d5fac875c125e50050db8d46b564518b83181ae9f3c21f72433e4ddf828d3efb97b8da490e2765a637866087d4076bcb337]]