# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ASHILI TAMIQUE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 15 C 8145 |
| SYBIL RICHARDSON, and, JASMINE RANKIN, | ) ) ) ) |
| Defendants. | ) |

### SUPPLEMENT TO MEMORANDUM ORDER

In accordance with this Court's July 19, 2016 memorandum order, it has obtained the name of this member of the District Court trial bar to serve as the designated counsel to represent Ashili Tamique ("Tamique," who has previously been acting pro se in this action):

> Joseph James Cavanaugh, Esq.
> Attorney at Law
> 20 North Clark Street, Suite 1420
> Chicago, IL  60602
> Phone:  312-781-0055
> E-mail:  cavlaw78@aol.com.

Both Tamique and attorney Cavanaugh are ordered to comply with the final paragraph of the July 19 order.

_____
Milton I. Shadur
Senior United States District Judge

Date:  July 22, 2016